**Order entered November 17, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00202-CR

**MURARI RAO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-88025-2019**

### ORDER

Before the Court is the State's November 14, 2022 first motion for extension of time to file the State's tendered brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/  DENNISE GARCIA
JUSTICE